RODERICK STEPHENS, Respondent, v. YONKERS RECORD CORPORATION et al., Appellants.— No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

## (October 8, 1951.)

ETHEL SEFRANKA, Appellant, v. GUSTAVE C. SEFRANKA, Respondent.— Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. [See 278 App. Div. 947.]

BERNARD A. SMITH, JR., et al., as Executors and Trustees under the Will of BERNARD A. SMITH, Deceased, Respondents, v. ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE COMPANY, LIMITED, Appellant.— Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion to amend order denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See 278 App. Div. 982.]

ROBERT A. WILKINSON, Appellant, v. NASSAU SHORES, INC., et al., Respondents, and JOHN P. McKENNA, Appellant.— Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See 278 App. Div. 970.]

JULIET ALLSOP, as Administratrix of the Estate of ROBERT M. ALLSOP, Deceased, et al., Appellants, v. WESTWOOD PHARMACAL CORPORATION et al., Respondents.— No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.